Patricia A. O'Connor (PO5645)
BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LINDA LOPEZ,

       Plaintiff,

  -against-

WAL-MART STORES, INC.,

       Defendant.
-----------------------------------------------------------------X

Docket No.:

**RULE 7.1 STATEMENT**

  Pursuant to Federal Rule of Civil Procedure 7.1 (formerly local general rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WAL-MART STORES EAST, LP (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

  WAL-MART STORES, INC

  WAL-MART DE MEXICO

  SEIYU

Dated: Northport, New York
    May 14, 2007

Yours, etc.

BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant

By: _____
PATRICIA A. O'CONNOR (PO5645)
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778
File No.: WM 06-405 PO

TO: ALPERT & KAUFMAN, LLP
Attorneys for Plaintiff
233 Broadway
New York, New York 10279
(212) 349-2000