# ALPERT & KAUFMAN, LLP
### ATTORNEYS AT LAW
### WOOLWORTH BUILDING
### 233 BROADWAY - SUITE 707
### NEW YORK, N.Y. 10279
### TEL: (212) 349-2000
### FAX: (212) 964-6161

MORTON ALPERT
STEPHEN B. KAUFMAN

ARTHUR L. RUBENSTEIN
MICHAEL M. GOTKIN
GARY SLOBIN*

BRONX OFFICE
2916 BRUCKNER BOULEVARD
BRONX, N.Y. 10465
(718) 822-0500
FAX: (718) 822-4715

*ALSO ADMITTED IN NEW JERSEY

June 26, 2007

United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Att: Richard J. Holwell
    United States District Judge

   Re: Linda Lopez v. Wal-Mart Stores, Inc.
       2007 Civ. 03912(RJH)

Dear Judge Holwell:

   Pursuant to the Initial Scheduling Conference Notice and Order, please be advised that the office of Alpert & Kaufman, LLP represents the plaintiff Linda Lopez in the above-entitled matter.

Respectfully submitted,

MORTON ALPERT (MA 6050)

MA/DM

cc: BRODY, O'CONNOR & O'CONNOR, ESQS.
    Attorneys for Defendant
    7 Bayview Avenue
    Northport, New York 11768
    (631) 261-7778
    File No.: WM 06-405