```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
LINDA LOPEZ,                         : Civil Action No.: 07-CV-03912
                                     :
              Plaintiff,             :
                                     : RULE 26 DISCLOSURE
      -against -                     :
                                     :
                                     :
WALL-MART STORES, INC.,              :
                                     :
              Defendant.             :
-----------------------------------X
```

C O U N S E L O R S :

**PLEASE TAKE NOTICE** that plaintiff, LINDA LOPEZ, by her attorneys, ALPERT & KAUFMAN, LLP, set forth the following as automatic Rule 26 Disclosure:

(A)(1)(a).   The identity of all persons with pertinent information respecting claims, defenses, and damages:

Plaintiff, LINDA LOPEZ; Defendant, WALL-MART STORES, INC.; defendant's employee eyewitness, James LeBrun; and defendant's employee Racquel Hutson.

(A)(1)(b).   General description of all documents in the custody and control of the parties bearing significantly on claims, defenses, and damages:

Plaintiff is in possession of medical records which have already been provided to the defendant.

Plaintiff is in possession of a "Customer Statement" report, which has already been provided to the defendant.

Plaintiff is in possession of post-accident photographs of the plaintiff's injuries.

(A)(1)(c). The documents relied on by parties in preparing the pleadings or documents that are expected to be used to support allegations:

Plaintiff has relied and will rely on her medical records in preparation of her pleadings and in support of the plaintiff's allegations.

The plaintiff, LINDA LOPEZ, reserves her right to supplement this response if and when additional information becomes available up to and including the time of trial.

Dated: New York, New York
      October 18, 2007

Yours, etc.

ALPERT & KAUFMAN, LLP

By: _____
Gary Slobin
Attorneys for Plaintiff
Office & P.O. Address
233 Broadway, Suite 707
New York, New York 10279
212-349-2000

TO:    BRODY, O'CONNOR & O'CONNOR, ESQS.
       Attorneys for Defendant
       7 Bayview Avenue
       Northport, New York 11768
       (631) 261-7778